CLOSED

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WEDBUSH MORGAN SECURITIES, INC. | Case No. CV 07-08115 DDP (SSx) |
| Petitioner, | **JUDGMENT** |
| v. | |
| SENDTEC, INC., | |
| Respondent. | |

The petition to confirm arbitration award of Wedbush Morgan Securities Inc. ("Wedbush") came on regularly for hearing before this Court on February 25, 2008, the Honorable Dean D. Pregerson, District Judge Presiding, and Gary L. Holmes appearing for plaintiff Wedbush and Kenneth J. Rubinstein of Haynes & Boone, LLP appearing by telephone for defendant SendTec, Inc. ("SendTec"). The Court having rendered its decision and granted Wedbush's petition to confirm arbitration award and in addition awarded post-award, prejudgment interest, IT IS ORDERED, ADJUDGED AND DECREED as follows: Wedbush is to recover from SendTec the amount of $694,197. Wedbush is further to recover pre-judgment interest at a rate of

1 | ten percent (10%), and post-judgment interest at the federal rate,
2 | pursuant to 28 U.S.C. § 1961, beginning the date of the entry of
3 | this judgment.  Finally, Wedbush shall be entitled to recover
4 | costs.

IT IS SO ORDERED.

Dated: March 28, 2008

_____
DEAN D. PREGERSON
United States District Judge

2